JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
In the Matter of the Complaint          Index No. 08 CV 3714

Of

Salt Route, Ltd., as Owner of the M/V          **Rule 7.1 Statement**
JOANNE I, For Exoneration from or
Limitation of Liability

------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Salt Route Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: April 17, 2008

_____
Signature of Attorney

Attorney Bar Code: (CE4027)