## CERTIFICATE OF MAILING

STATE OF NEW YORK
COUNTY OF NEW YORK

    Caspar F. Ewig, an attorney duly admitted to the practice of law in the State of New York affirms, under penalty of perjury, as follows:

On May 9, 2008, I served a true copy of annexed

1. NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY,
2. COMPLAINT,
3. AMENDED COMPLAINT,
4. ORDER APPROVING PLAINTIFF'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE, ENJOINING SUITS AND DIRECTING THE FILING OF CLAIMS,
5. AD INTERIM STIPULATION OF VALUE
6. SUPERSEDING AD INTERIM STIPULATION OF VALUE
7. SCHEDULING ORDER

On Maloof, Browne & Eagan, as attorneys for Industria Nacionale de Gaseosas, S.A. and Abonos Columbianos S.A

    (a)    by mail at 411 Theodore Fried Ave., Rye, New York 10580-1411, depositing said documents in the U. S. Post Office in New York City in a sealed envelope addressed to the address shown on the papers, with postage prepaid, and

    (b)    by email be attaching said documents to an email addressed and sent to teagan@maloofandbrowne.com

Dated May 8, 2008

                                                        Caspar F. Ewig