DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Claimant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In the Matter of the Complaint        :        08 Civ.3714 (LAK)
                                      :
Of                                    :        **RULE 7.1 DISCLOSURE**
                                      :
Salt Route, Ltd., as Owner of the M/V :
JOANNE I, For Exoneration from or     :
Limitation of Liability               :

------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Claimant Abonos Colombianos, S.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

- None

Dated: Rye, New York
June 9, 2008

MALOOF & BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Claimant*

\\SERVER1\COMPANY\WP-DOCS\0805.02\060908 Rule 7.1 - Abocol.doc