ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3714

-------------------------------------------------------x

In the Matter of the Complaint

Of

SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability.

-------------------------------------------------------x

Civil Action No.

COURTESY COPY

**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOTICE is given that Salt Route, Ltd. as Owner of the M/V JOANNE I, has filed a Complaint claiming a right of exoneration from or limitation of liability for all claims arising out of the voyage of the M/V JOANNE I during which a machinery breakdown occurred in the Panama Canal on October 13, 2007.

All persons having such claims must file them under oath, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and serve or mail to the attorneys for plaintiff, HILL RIVKINS & HAYDEN LLP, 45 Broadway, New York, NY 10006, a copy on or before 6/10/08, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of plaintiff must file an answer to said complaint as required by Supplemental Rule F of the Federal Rules of Civil Procedure

and serve on or mail a copy to the attorneys for plaintiff.

Dated: New York, NY
4/22/08 2008

/s/ J. Michael McMahon
Clerk

TO: HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, NY 10006

29657\003NOTICE-OF-COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In the Matter of the Complaint

Of

SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability.

Civil Action No.

08 Civ. 3714 LAK

-------------------------------------------------------x

STATE OF NEW YORK )
: SS
COUNTY OF NEW YORK )

CASPAR F. EWIG, an attorney duly licensed under the laws of the State of New York, does , under penalties of perjury state as flows:

Pursuant to instructions from our office, the New York Law Journal published the attached Notice of Complaint for the Exoneration from or Limitation of Liability on the following dates:

May 2, 2008
May 9, 2008
May 16, 2008
May 23, 2008

Copies of the relevant pages of the New York Law Journal are annexed hereto

_______________________
Caspar F. Ewig (CE 4027)

Sworn to before me this
11th day of June 2008

_______________________
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2ooy

... v. ... St.—9:30 A.M.
600658/06 A.I. Credit v. Buckingham Trading Partners—9:30 A.M.
114679/04 American Int'l v. Pumping Solutions—9:30 A.M.
107985/06 Campanela v. NY Univ.—9:30 A.M.
113951/06 Cocomo Connections v. Wang—9:30 A.M.
601276/06 Davidson & Grannum v. Kaplan—9:30 A.M.
405446/07 Dinallo v. Lion Ins. Co.—9:30 A.M.
105451/06 Dorr v. London Terrace Towers—9:30 A.M.
102685/07 East Hills Metro v. Graystone Const.—9:30 A.M.
605083/05 Henneberry v. Borstein 2:30 P.M.

Transportation—9:30 A.M.

**MONDAY, MAY 5**
121783/02 Aig Ins. v. Munn
103353/06 Ali v. Choi—9:30 A.M.
101272/07 Barnes v. Chan—9:30
116783/06 Barrett v. Hetnar—9:30 A.M.
118897/06 Belcaro v. Shellagh Cab—9:30 P.M.
102729/07 Caldona v. Ramos
108729/07 Carrasco v. Nawaz
111092/07 Cevallos v. NY Presbyterian Hosp.—9:30 A.M.
105909/07 Cheung v. Quong Big Rlty—9:30 A.M.
114026/07 Chin v. Castelo—9:30 A.M.

104988/07 Diaz-Taveras v. NYCHA—10:30 A.M.
101576/08 Gallo v. Jujamcyn Theaters—10:30 A.M.
103841/08 Land Rover Capital v. Ramos—10:30 A.M.
104178/08 Sacks & Sacks v. Heard—10:30 A.M.
110531/07 Sitnick v. Travelers Ins.—10:30 A.M.

**Compliance Conference**
118247/06 Burnette v. Mangione—9:30 A.M.
115399/07 Cohen v. Pacifica Foundation—9:30 A.M.
601353/07 Dragon & Phoenix Rlty. v. Thompson—10:30 A.M.
118506/06 Giegerrich v. Job—9:30 A.M.

Kennedy Catholic—11:30 A.M.
103651/06 Weiss Magda v. Con Ed—10 A.M.

**WEDNESDAY, MAY 7**
109715/03 60 East 88th St. Condominium v. Stein—10:30 A.M.
601205/05 Ammer v. Mansion Rlty.—11 A.M.
114059/04 Bresnick v. Golden Classics Jewelry I—1 P.M.
106917/04 Concord Village Owners v. Trinity Communications—9:30 A.M.
111955/04 Cooper v. Majestic Hotel—9:30 A.M.
107438/06 De Ora v. Rcp Landmark Properties—11 A.M.

**THURSDAY, MAY 8**
110146/06 Felix v. NYC—9:30 A.M.
104171/05 Hoffester v. NYC—9:30 A.M.
105185/05 Key v. NYC—9:30 A.M.
116892/04 Lance v. Con Ed—9:30 A.M.
111539/06 Moran v. NYC—9:30 A.M.
116588/06 Perrone v. NYC—9:30
112557/05 Taube v. NYC—9:30 A.M.
111162/06 Warner v. NYC—9:30 A.M.

**Case Management Status Part**
Justice Beverly Cohen

Snyder v. NYCHA—2 P.M.
403007/05 Stewart v. NYC—2 P.M.
102665/07 Sykes v. NYC—2 P.M.
106115/05 Verizon NY v. NYC—2 P.M.
117302/05 Viola v. 3rd & 60th Associates—2 P.M.
108769/05 Wilson v. NYC—2 P.M.
106730/06 Yudenfriend Florance v. NYC—2 P.M.

**Part 57**
Justice Marcy Friedman
80 Centre Street
Phone 646-386-3759
Room 328
Motions are held on Thursdays at 9:30 A.M.

105293/08 Batyreva v. Dept. of Education—9:30 A.M.
406542/07 NYC v. Lexington Ins.
106059/06 Murphy v. NYC
113364/07 Oliva v. NYC
101728/08 Plon Rlty. Corp. v. NYC—9:30 A.M.
104981/08 Quinones v. Rodriguez—9:30 A.M.
105521/07 Reid v. NYC
101366/07 Smith v. NYC
401537/07 Tavarez v. Board of Education—2:15 P.M.

**Part 81R**
**Special Referee**
Special Referee Hewitt
Room 321

NEW YORK LAW JOURNAL Friday, May 2, 2008

Queens, New York admitting to probate a Will dated November 2nd, 1999 a copy of which is attached, as the Will of Florence Atkins deceased, relating to real and personal property, and directing that Letters Testamentary issue to: Barry M. Lippman

APR 07 2008

HON. ROBERT L. NAHMAN Surrogate

[L.S.] ALICEMARIE E. RICE Chief Clerk

Attorney for Petitioner: Michael S. Federoff
Telephone Number: (845) 339-5656
Address of Attorney: 110 Maiden Lane, Kingston, New York 12401

[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]

1000223 a18-F my9

CITATION — File No. 1265/05 — THE PEOPLE OF THE STATE OF NEW YORK, BY THE GRACE OF GOD, FREE AND INDEPENDENT — TO: Unknown Distributees, Angus Cooper, New York City Department of Social Services, NY State Department of Taxation and Finance, Attorney General of the State of New York, and to the heirs at law, next of kin and distributees of Gerdi Eller, if living and if any of them be dead, to their heirs at law, next of kin, distributees, legatees, executors, administrators, assignees and successors in interest whose names and places of residence are unknown and cannot, after diligent inquiry be ascertained by the petitioner herein; being the persons interested as creditors, legatees, devisees, beneficiaries, distributees, or otherwise in the estate of Gerdi Eller ...

property.

FOR NOTICE OF PUBLICATIONS GO TO: WWW. FORFEITURE.GOV

On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated: New York, New York, February, 2008

MICHAEL J. GARCIA
United States Attorney

1004115 my2-F my16

NOTICE IS HEREBY given that a license, #TBA has been applied for by Dylan's Candybar, LLC to sell beer, wine, and liquor at retail in a restaurant. For on premises consumption under the ABC law at 1011 Third Avenue NY, NY 10021.

1005801 a25-F my2

NOTICE IS HEREBY given that a license, #TBA has been applied for by Compass Group USA, Inc. to sell beer, wine, and liquor at retail in a catering establishment. For on premises consumption un-

## MISCELLANEOUS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — In the Matter of the Complaint Of SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability — Civil Action No. ___ — NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY.

NOTICE is given that Salt Route, Ltd. as Owner of the M/V JOANNE I, has filed a Complaint claiming a right of exoneration from or limitation of liability for all claims arising out of the voyage of the M/V JOANNE I during which a machinery breakdown occurred in the Panama Canal on October 13, 2007.

All persons having such claims must file them under oath, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and serve or mail to the attorneys for plaintiff, HILL RIVKINS & HAYDEN LLP, 45 Broadway, New York, NY 10006, a copy on or before 6/10/08 or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of plaintiff must file an answer to said complaint as required by Supplemental Rule F of the Federal Rules of Civil Procedure and serve on or mail a copy to the attorneys for plaintiff.

Dated: New York, NY, 4/22/2008

Clerk: Michael McMohan

TO: HILL RIVKINS & HAYDEN LLP, 45 Broadway, Suite 1500, New York, NY 10006

1007174 my2-F my23

2006000527404, covering prem. k/a 306 Sumpter St., Brooklyn, NY a/k/a Block 1527, Lot 33. Dated: Apr. 15, 2008. DEUTSCH & SCHNEIDER, LLP, Attys. For Pltf., 79-37 Myrtle Ave., Glendale, NY. #72171

1001181 a18-F my9

## SURROGATE'S NOTICES

PROBATE CITATION — File No. 2008-455 — SURROGATE'S COURT — BRONX COUNTY — CITATION — THE PEOPLE OF THE STATE OF NEW YORK, By the Grace of God Free and Independent — TO Attorney General of the State of New York. Public Administrator of Bronx County, and to the unknown heirs at law, and next of kin of Florence Bock, deceased, if they be living, and if they be dead, to their executors, Administrators Creditors and Lienors, their husbands or wives or successors in interest — A petition having been duly filed by Muriel Brattlof, who is domiciled at 14 West Pine Drive, Park Ridge, New Jersey 07656

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, Bronx County, at 851 Grand Concourse, Room 406, Bronx, New York, on June 9, 2008, at 9:30 am o'clock in the forenoon of that day, why a decree should not be made in the estate of FLORENCE BOCK lately domiciled at 3280 Perry Avenue, Bronx, NY 10468 admitting to probate a Will dated September 11, 2007 a copy of which is attached, as the Will of FLORENCE BOCK deceased, relating to real and personal property, and directing that Letters Testamentary issue to: Muriel Brattlof That Letters of Administration previously issued to the Public Adminis-

located on the westerly side of Lansing Ave. (60 ft. wide), 258.35 ft. southerly from the corner formed by the intersection of the westerly side of Lansing Ave. with the southeasterly side of 230th Pl. (80 ft. wide), being a plot 150 ft. x 40 ft.

Approx. amt. of judgment is $649,425.77 plus costs and interest. This is a First Mortgage.

Sold subject to terms and conditions of filed judgment and terms of sale.

MARC G. SCHULTZ, Referee.

DRUCKMAN & SINEL LLP, Attys. for Pltf., 242 Drexel Ave., Westbury, NY. #72170

1001228 a17-Th-F my2

**NOTICE OF SALE**

SUPREME COURT — COUNTY OF QUEENS — DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-W4 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006, WITHOUT RECOURSE, Plaintiff, AGAINST LAVERN WISDOM, ET AL., Defendant(s) — Pursuant to a judgment of foreclosure and sale duly dated 10/24/2007, I, the undersigned Referee will sell at public auction at the Queens County Supreme Court, 88-11 Sutphin Boulevard, in Court Room #25, Jamaica, New York, on 5/16/2008 at 11:00 AM, premises known as 116-34 222nd Street, Cambria Heights, NY 11411. All that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the New York City, Borough of Queens, County of Queens and State of New York, Block 11322, Lot 50.

Approximate amount of

the intersection of the westerly side of DeWitt Place with southerly side of Horton Avenue as shown on said map ... thirty nine and eight-tenths feet by one hundred and twenty and eight-tenths feet by forty and forty five one hundredths feet by one hundred and twenty and eight-tenths. Said premises known as 120 Horton Avenue, New Rochelle, N.Y. 10801. Tax account number: SBL #: 5-1417-32.

Approximate amount of lien $ 565,566.13 plus interest and costs. Premises will be sold subject to provisions of filed judgment and terms of sale.

Index No. 23444-07.

Jo-Ann Cambareri, Referee.

Fein Such & Crane, LLP, Attorney(s) for Plaintiff, 747 Chestnut Ridge Road - Suite 200 Chestnut Ridge, N.Y. 10977

"If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's attorney."

1000168 a17-Th-F my2

SUPREME COURT — COUNTY OF NASSAU — BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE, Plaintiff against JARED C. LEVY, RACHEL LEVY, Defendant(s). — Pursuant to a Judgment of Foreclosure and Sale entered on July 16, 2002. I, the undersigned Referee will sell at public auction at the north front steps of the Nassau County Courthouse, 262 Old Country Road, Mineola, N.Y. on the 3rd day of June, 2008 at 10:30 a.m. premises. Beginning at a point of the southerly side of Phoenix Street distant 340 feet easterly from the corner formed by

Case 2:08-cv-03714-LAK Document 13 Filed 06/11/2008 Page 5 of 7

NEW YORK LAW JOURNAL

Friday, May 9,

NOTICE OF FORMATION of THE SPANDREL GROUP LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 4/16/08. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to principal business location: 86 Chambers St., Ste. 704, NY, NY 10007. Purpose: any lawful activity.
1011056 my9-F ju13

NOTICE OF FORMATION ICS 4709 13TH AVE LLC. Arts. of Org. filed with Secy. of State of N.Y. (SSNY) on 3/17/08. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o Crown Acquisitions, Inc., 362 Fifth Avenue, Ste. 1201, NY, NY 10001. Purpose: any lawful activity.
1011052 my9-F ju13

## MISCELLANEOUS

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — In the Matter of the Complaint Of SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability — Civil Action No. — NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is given that Salt Route, Ltd. as Owner of the M/V JOANNE I, has filed a Complaint claiming a right of exoneration from or limitation of liability for all claims arising out of the voyage of the M/V JOANNE I during which a machinery breakdown occurred in the Panama Canal on October 13, 2007.

All persons having such claims must file them under oath as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and serve or mail to the attorneys for plaintiff, HILL RIVKINS & HAYDEN LLP, 45 Broadway, New York, NY 10006, a copy on or before 6/10/08 or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of plaintiff must file an answer to said complaint as required by Supplemental Rule F of the Federal Rules of Civil Procedure and serve on or mail a copy to the attorneys for plaintiff.

Dated: New York, NY 4/22/2008

Clerk
Michael McMahon
HILL RIVKINS & HAYDEN LLP, 45 Broadway

SUPREME COURT — COUNTY OF NASSAU — BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE, Plaintiff against JARED C. LEVY, RACHEL LEVY, Defendant(s). — Pursuant to a Judgment of Foreclosure and Sale entered on July 16, 2002, I, the undersigned Referee will sell at public auction at the north front steps of the Nassau County Courthouse, 262 Old Country Road, Mineola, N.Y. on the 3rd day of June, 2008 at 10:30 a.m. premises. Beginning at a point of the southerly side of Phoenix Street distant 340 feet easterly from the corner formed by the intersection of the southerly side of Phoenix Street with the easterly side of Ingraham Boulevard; being a plot 100 feet by 40 feet by 100 feet by 40 feet. Said premises known as 120 Phoenix Street, Hempstead, N.Y. 11550. Tax account number: SBL #: 34-413-22 & 23.

Approximate amount of lien $358,271.53 plus interest and costs. Premises will be sold subject to provisions of filed judgment and terms of sale.

Index No. 018506/01.

Anthony J. Cincotta, Esq., Referee.

Fein Such & Crane, LLP Attorney(s) for Plaintiff 747 Chestnut Ridge Road - Suite 200 Chestnut Ridge, N.Y. 10977

"If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's attorney."
1004973 my2-F my23

### NOTICE OF SALE

SUPREME COURT — COUNTY OF QUEENS — DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-W4 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006, WITHOUT RECOURSE, Plaintiff, AGAINST LAVERN WISDOM, ET AL., Defendant(s) — Pursuant to a judgment of foreclosure and sale duly dated 10/24/2007, I, the undersigned Referee will sell at public auction at the Queens County Supreme Court, 88-11 Sutphin Boulevard, in Court Room #25, Jamaica, New York, on 5/16/2008 at 11:00 AM, premises known as 116-34 222nd Street, Cambria Heights, NY 11411 All that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and be...

### NOTICE OF SALE

SUPREME COURT — COUNTY OF QUEENS — MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AEGIS LENDING CORPORATION, Plaintiff, -against- JOSE CABRERA A/K/A JOSE L. CABRERA, ET AL., Defendants — Pursuant to a judgment of foreclosure and sale duly dated 2/23/07, I, the undersigned Referee will sell at public auction at QUEENS COUNTY, COURTROOM 25, QUEENS COUNTY GENERAL COURTHOUSE, 88-11 SUTPHIN BOULEVARD, JAMAICA, NY on JUNE 6, 2008 at 11:00AM, premises known as 221-27 105TH AVENUE, QUEENS VILLAGE, NY 11429.

ALL that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the BOROUGH AND COUNTY OF QUEENS, CITY and State of New York. Block 11168, Lot 55.

Approximate amount of lien $332,356.44 plus interest and costs. Premises will be sold subject to provisions of filed judgment.

Index No. 23526/2006.

LAURENCE L. LOVE, ESQ., REFEREE.

STEIN, WIENER AND ROTH, L.L.P., F/K/A EDWARD A. WIENER, P.C., ATTORNEYS FOR PLAINTIFF, ONE OLD COUNTRY ROAD, SUITE 113, CARLE PLACE, NY 11514

DATED MAY 5, 2008 - FILE NO. EW06351
1012737 my9-F my30

SUPREME COURT — COUNTY OF BRONX — EVERBANK, Plaintiff against JACOB CISSE A/K/A CISSE JACOB A/K/A JACOBS CISSE A/K/A OUSMANE JACOB A/K/A OUSMANE COBCISSE A/K/A OUSMANE JACOB A/K/A OUSMANE JACOBCISSE A/K/A OUSMANE CISSE; MARIUM CISSE, et al Defendant(s) — Pursuant to a Judgment of Foreclosure and Sale entered on October 16, 2007, I, the undersigned Referee will sell at public auction in Room B-129 (Ground Floor) of the Bronx County Courthouse, 851 Grand Concourse, Bronx, N.Y. on the 2nd day of June, 2008 at 2:00 p.m. premises Beginning on the southerly side of East 220th Street, distant 155.00 feet westerly from its intersection with the westerly side of White Plains Road; being a plot 114.31 feet by 25.01 feet by 114.31 feet by 25.01 feet. Said premises known as 682 East 220th Street, Bronx, N.Y. 10467. Tax account number SBL #. 4654-41

Approximate amount of lien $354,848.13 plus interest and costs. ...

...process to: Jeffrey Worob, 119 5th Avenue, 3rd Fl., NY, NY 10003. Purpose: any lawful activity.
1011043 my9-F ju13

NOTICE OF FORMATION of Holding Grace LLC. Arts. of Org. filed with Secy. of State of N.Y. (SSNY) on 10/17/07. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: Jeffrey A. Worob, Esq., 119 5th Avenue, 3rd Fl., NY, NY 10003. Purpose: any lawful activity.
1011040 my9-F ju13

NOTICE OF QUALIFICATION of AG Equity LLC. Authority filed with Secy. of State of N.Y. (SSNY) on 4/16/08. Fictitious name in NY State: AGAQ, LLC. Office location: NY County. Principal business location: 245 Park Ave., 26th Fl., NY, NY 10167. LLC formed in Delaware (DE) on 6/13/00. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o Corporation Service Company (CSC), 80 State St., Albany, NY 12207, registered agent upon whom process may be served. DE address of LLC: c/o CSC, 2711 Centerville Road, Ste. 400, Wilmington, DE 19808. Cert. of Form. filed with DE Secy. of State, Townsend Bldg., Dover, DE 19901. Purpose: any lawful activity.
1011039 my9-F ju13

NAME OF FOREIGN LLC: CENTRAL PARK GROUP GLOBAL PRIVATE EQUITY FUND, LLC. App for Auth. filed NY Dept. of State: 4/4/08. Jurisd. and date of org.: DE 4/1/08. County off. loc.: New York County. Princ bus. loc.: 12 East 49th Street, 14th Floor, New York, NY 10017. Sec. of State designated as agent of foreign LLC upon whom process against it may be served. The Sec. of State shall mail copy of process to: 12 East 49th Street, 14th Floor, New York, NY 10017. Addr. of foreign LLC in DE is: c/o National Corporate Research, Ltd., 615 South Dupont Hwy., Dover, DE 19901. Auth. officer in DE where Cert. of Form. filed: Harriet Smith Windsor, Div. of Corporations, P.O. Box 898, Dover, DE 19903. Purpose: any lawful activity.
1011034 my9-F ju13

## SALES

### NOTICE OF SALE

SUPREME COURT COUNTY QUEENS LENDERS MORTGAGE NETWORK USA, INC ...

NOTICE OF FORMATION of Diamond Knoll, LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 4/4/08. Office location: NY Co. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o Incorporating Services Ltd., 3500 S. Dupont Highway, Dover, DE 19901. Purpose: any lawful activities.
1008799 my9-F ju13

NOTICE OF FORMATION of REV Media Company, LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 4/18/08. Office location: NY County. Principal business location: 424 West End Ave., #10F, NY, NY 10024. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: Corporation Service Company, 80 State St., Albany, NY 12207. Purpose: any lawful activity.
1011006 my9-F ju13

NOTICE OF QUALIFICATION of Rockefeller Special Global Opportunities Distressed Fund, LLC. Authority filed with Secy. of State of NY (SSNY) on 4/9/08. Office location: NY County. LLC formed in Delaware (DE) on 10/23/07. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o CT Corporation System, 111 Eighth Ave., NY, NY 10011. Address to be maintained in DE: c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801. Arts. of Org. filed with DE Secy. Of State, 401 Federal St., Ste 4., Dover, DE 19901. Purpose: any lawful activities.
1010876 my9-F ju13

NOTICE OF QUALIFICATION of Kellner Dileo & Co., LLC. Authority filed with Secy. of State of NY (SSNY) on 4/7/08. Office location: NY County. LLC formed in Delaware (DE) on 4/2/1997. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o National Registered Agents, Inc., 875 Avenue of the Americas, Ste. 501, NY, NY 10001. Address to be maintained in DE: 160 Greentree Dr., Ste. 101, Dover, DE 19904. Arts. of Org. filed with DE Secy. Of State, 401 Federal St., Ste 4., Dover, DE 19901. Purpose: any lawful activities.
1010870 my9-F ju13

NOTICE OF FORMATION of Sally's Mustache, LLC. Arts of Org. filed with Secy. of State of NY (SSNY) on 3/31/08. Office location: NY Co. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o National ...

1010772 my9-F ju13

NOTICE OF QUALIFICATION of 1497 Third Avenue Owner LLC. Authority filed with Secy. of State of NY (SSNY) on 11/8/07. Office location: NY County. LLC formed in Delaware (DE) on 11/5/07. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o National Registered Agents, Inc., 875 Avenue of the Americas, Ste. 501, NY, NY 10001. Address to be maintained in DE: 160 Greentree Dr., Ste. 101, Dover, DE 19904. Arts. of Org. filed with DE Secy. Of State, 401 Federal St., Ste 4., Dover, DE 19901. Purpose: any lawful activities.
1010768 my9-F ju13

NOTICE OF QUALIFICATION of 30-34 West 47th Owner LLC. Authority filed with Secy. of State of NY (SSNY) on 1/8/08. Office location: NY County. LLC formed in Delaware (DE) on 12/19/07. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o National Registered Agents, Inc., 875 Avenue of the Americas, Ste. 501, NY, NY 10001. Address to be maintained in DE: 160 Greentree Dr., Ste. 101, Dover, DE 19904. Arts. of Org. filed with DE Secy. Of State, 401 Federal St., Ste 4., Dover, DE 19901. Purpose: any lawful activities.
1010765 my9-F ju13

NOTICE OF QUALIFICATION of 30 West 48th Buyer LLC. Authority filed with Secy. of State of NY (SSNY) on 2/5/08. Office location: NY County. LLC formed in Delaware (DE) on 1/28/08. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o National Registered Agents, Inc., 875 Avenue of the Americas, Ste. 501, NY, NY 10001. Address to be maintained in DE: 160 Greentree Dr., Ste. 101, Dover, DE 19904. Arts. of Org. filed with DE Secy. Of State, 401 Federal St., Ste 4., Dover, DE 19901. Purpose: any lawful activities.
1010763 my9-F ju13

NOTICE OF QUALIFICATION of 134-136 West 25th Buyer LLC. Authority filed with Secy. of State of NY (SSNY) on 2/1/08. Office location: NY County. LLC formed in Delaware (DE) on 1/22/08. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to c/o National Registered Agents, Inc. 875 Avenue of the Americas, Ste. 501, NY, NY 10001. Address to be maintained in DE 160 Green...

...of NY (SSNY) on 3/2... fice location: NY Co... designated as agent ... upon whom process a... may be served. SSN... mail process to: c/o N... Registered Agents, I... Avenue of the Americ... 501, NY, NY 10001, als... tered agent. Purpo... lawful activities.
1008793

DANIEL J. ALPER... PLLC, a domestic... sional Limited Liabil... pany (PLLC) filed w... Sec of State of NY (S... 6-22-07. NY office L... New York County. S... designated as agen... whom process agai... PLLC may be served... shall mail a copy of a... cess against the PLLC... upon him/her to The... 345 E. 37th St., Ste. 31... NY 10016. Purpose: M...
1009549

RA HEALTHCARE... SULTING, LLC, a d... Limited Liability C... (LLC) filed with the... State of NY on 12-2... Office location: Ne... County. SSNY is de... as agent upon whom... against the LLC ... served. SSNY shall... copy of any process... the LLC served upon... to The LLC, 400 Cent... W., Apt. 16C, NY, N... General purposes.
1009542

MUNICO PROP... LLC, a foreign... Liability Company... filed with the Sec of... NY (SSNY) on 1-22-0... fice Location: Ne... County. SSNY is de... as agent upon whom... against the LLC ... served. SSNY shall... copy of any process... the LLC served upon... to THE LLC, 420 Lin... Miami Beach, FL 33... eral purposes.
1009551

NOTICE OF FOR... of WIDE VIEW... TAL, LLC. Arts. of C... with the Secy of Sta... (SSNY) on 4/22/08. Of... tion: New York Coun... designated as age... whom process again... be served. SSNY sh... process to: C/O Morga... & Bockius LLP, At... Wider, 101 Park Ave.... New York, NY 10... pose: all lawful activ...
1009949

NOTICE OF FOR... of WIDE VIEW F... TIONS, LLC. Arts... filed with the Secy o... NY (SSNY) on 4/22/... location: New York... SSNY designated... upon whom process... may be served. SS... mail process to C/O... Lewis & Bockius L... Wider, 101 P...

IE COURT —
Y OF BRONX —
NEW YORK AS
FOR THE CER-
HOLDERS
INC. ASSET-
CERTIFICATES,
2004-6, Plaintiff,
GODFREY WAL-
AL., Defendant(s)
nt to a judgment of
e and sale duly dat-
I, the undersigned
vill sell at public
the Bronx County
e, Room 600, 851
course, Bronx, NY,
on 6/2/2008 at 2:00
ises known as 3530
VENUE, Bronx, NY
that certain plot
arcel of land, with
ings and improve-
reon erected, situ-
and being in the
City, Borough of
unty of Bronx and
lew York, Section:
722, Lot 55.
imate amount of
$443,918.99 plus in-
costs.
s will be sold sub-
rovisions of filed

6-24678
Lesch, Esq., Refer-

N, FRENKEL &
N, LLP, Attorney for
0 West Main Street,
, NY 11706
/5/2008
my9-F-M my27

ME COURT —
TY OF NEW YORK
NK, N.A., Plaintiff
UGENE LIN, ILAN
MI, et al Defen-
Pursuant to a Judg-
oreclosure and Sale
erein and dated Oc-
2007, I, the under-
eferee will sell at
ction in Room 130 of
York County Court-
Centre Street, New
on the 18th day of
3 at 1:00 PM premis-
n as Condominim
in the building
and a part of the
Condominium". To-
th a .2353% undivid-
st in the common
of the Condomin-
Unit is also desig-
ax Lot 1048 in Block
he Tax Map of the
of Manhattan, City of
rk. Said premises
s 159 WEST 53RD
A/K/A, 159 53RD
WEST, APT./UNIT
YORK, NY.
imate amount of
,008.17 plus interest
remises will be sold
provisions of filed
and terms of sale.
Number 101699/07
LE KAHN, ESQ.,

ey, Gallo, Reich &
P, Attorney(s) for
95-25 Queens Blvd.,
, Rego Park, NY
my16-F ju6

Chief Clerk
Attorney for Petitioner
SANFORD B GLATZER, ESQ.
Telephone Number
718-655-6100
Address of Attorney:
1500 Astor Avenue, Suite 201, Bronx, New York 10469-5900
[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]
1008558 my2-F my23

CITATION — File No. 2008-0624 — SURROGATE'S COURT — NEW YORK COUNTY — THE PEOPLE OF THE STATE OF NEW YORK, By the Grace of God Free and Independent — TO: The heirs at law, next of kin, and distributees of DAVID G. RUBIN, aka DAVID RUBIN deceased, if living, and if any of them be dead to their heirs at law, next of kin, distributees, legatees, executors, administrators, assignees and successors in interest whose names are unknown and cannot be ascertained after due diligence; and to Ethel J. Griffin, the Public Administrator of New York County; and to Andrew M. Cuomo, the Attorney General of New York State. — A petition having been duly filed by Neil D. Gross who is domiciled at 515 West End Ave, Apt. 10D, New York, NY 10024,

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, New York County, at Rm 503, 31 Chambers Street, New York, New York, on June 13, 2008, at 9:30 o'clock in the fore noon of that day, why a decree should not be made in the estate of David G. Rubin, aka David Rubin, lately domiciled at 54 Morningside Drive, Apt. 52, New York, New York 10025, United States, admitting to probate a Will dated April 21, 2005, a copy of which is attached, as the Will of David G. Rubin, deceased, relating to real and personal property, and directing that: Letters Testamentary issue to Neil D. Gross.

Dated, Attested and Sealed, April 24, 2008
HON. Renee R. Roth
Surrogate
[L.S.] Jane Passenant
Chief Clerk
Name of Attorney:
Phyllis E. Dubrow, Esq.
Telephone:(212) 661-2885
230 Park Avenue, Suite 2525, New York, New York 10169
NOTE: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.
1006797 my2-F my23

ministrator of the County of New York, who maintains an office at 31 Chambers Street, Room 311, New York 10007.

YOU ARE HEREBY CITED TO SHOW CAUSE before the New York County Surrogate's Court at 31 Chambers Street, New York, on July 30th, 2008 at 9:30 A.M. in Room 503, why the following relief stated in the account of proceedings, a copy of the summary statement thereof being attached hereto, of the Public Administrator of the County of New York as administrator of the goods, chattels and credits of said deceased, should not be granted: (i) that her account be judicially settled; (ii) that the above named person(s) be cited to show cause why such settlement should not be granted; (iii) that a hearing be held to determine the identity of the distributees at which time proof pursuant to SCPA Section 2225 may be presented, or in the alternative, that the balance of the funds be deposited with the Commissioner of Finance of the City of New York for the benefit of the decedent's unknown distributees; (iv) that the claims of VarTec Telecom, AT&T Consumer Lease Services, and American Express be rejected for failure to file a claim in accordance with the provisions of SCPA Section 1803(1); (v) that the Surrogate approve the reasonable amount of compensation as reported in Schedules C and C-1 of the account of proceedings to the attorney for the petition for legal services rendered to the petitioner herein; (vi) that the persons above mentioned and all necessary and proper persons be cited to show cause why such relief should not be granted; (vii) that an order be granted pursuant to SCPA Section 307 where required or directed; and (viii) for such other and further relief as the Court may deem just and proper.

Dated, Attested and Sealed, April 30th, 2008.
Hon. Renee R. Roth
Surrogate
[L.S.] Jane Passenant
Chief Clerk
Law Offices of Peter S. Schram, P.C.,
Counsel to the Public Administrator
New York County, 350 Broadway, Suite 515.
New York, New York 10013
(212) 896-3310.
Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed that you do not object to the relief requested. You have the right to have an attorney-at-law appear for you and you or your attorney may request a copy of the full account from the petitioner or petitioner's attorney.
1011877 my9-F my30

AND CANNOT BE ASCERTAINED AFTER DUE DILIGENCE. — A petition and an account having been duly filed by STEVEN L. ALFASI, Deputy Public Administrator of Bronx County, with offices at 851 Grand Concourse, Bronx, New York 10451

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, Bronx County, at Room 406, 851 Grand Concourse, Bronx, New York, on June 18 2008, at 9:30 o'clock in the noon of that day, why the account of The Public Administrator of Bronx County, a summary of which has been served herewith, as Administrator of the Estate of SALVATORE SIRIANNI, should not be judicially settled.

Why the legal fee of MARK J. LEVY, ESQ. should not be fixed and allowed in the sum of 91,960.60, why the said Administrator should not be allowed his charges pursuant to SCPA 1106 (3), Why the public Administrator should not receive statutory commissions calculated in accord with SCPA 2307; why the Claims or possible claims of PARKCHESTER PRESERVATION COMPANY, L.P., THE HUMAN RESOURCES ADMINISTRATION (DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK and the NYS DEPARTMENT OF TAXATION AND FINANCE, should not be disallowed based upon the failure to substantiate same; why in the absence of anyone appearing and filing objections, the entire not distributable estate should not be deposited with the COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK on behalf of UNKNOWN DISTRIBUTEES, and why in the event objections are filed, relief should not be granted pursuant to SCPA 2225, and for such other and further relief as this Court deem just and proper.

Dated, Attested and Sealed, April 23, 2006
Hon. LEE L. HOLZMAN
Surrogate
[L.S.] DIANA M. CRUS
Chief Clerk
Name of Attorney:
MARK J. LEVY, ESQ.
Telephone Number:
(718) 992-1428
Address of Attorney:
851 GRAND CONCOURSE, Room 336,
BRONX, NEW YORK 10452
[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you. and you or your attorney may requeste a copy of the full account from the petitioner's or petioner's attorney.]
1012476 my9-F my30

hereby cited to show cause before the Surrogate's Court, New York County, on June 13, 2008, at 10:00 A.M. in Room 503, why the Public Administrator of the County of New York should not: (a) be authorized to compromise the claim for conscious pain and suffering against the defendants now pending in the Supreme Court of the State of New York, New York County, entitled "Ethel J. Griffin as Public Administrator for the Estate of Gerdi Eller, Plaintiff against Kanaka D. Shetty, M.D., and New York Presbyterian Hospital/Columbia University Medical Center, Defendants", Index number 107095/06 for the sum of $150,000.00; (b) be authorized to execute any and all papers necessary to discontinue said action; (c) be authorized to pay Druckman & Sinel, LLP the amount of $41,644.73 for their legals fees for services rendered in the personal injury action plus the sum of $11,184.25 for disbursements; (d) have a hearing to determine the identity of the distributees at which time proof pursuant to SCPA Section 2225 may be presented, or in the alternative, that the balance of the funds be deposited with the Commissioner of Finance of the City of New York for the benefit of the decedent's unknown distributees; (e) be authorized to reimburse Angus Cooper to sum of $955.00 for funeral expenses paid by him; (f) be permitted to judicially settle her account; (g) have the fee of counsel to petitioner for services rendered in the estate proceedings be fixed in the amount of $5,830.28; (h) have a guardian ad litem be appointed to represent the interests of the decedent's unknown distributees; (i) have the persons and entities above mentioned and all necessary and proper persons be cited to show cause why such relief should not be granted; (j) be granted an order pursuant to SCPA Section 307 where required or directed; (k) be granted such other and further relief as the Court may deem just and proper.

Dated, Attested and Sealed, April 25, 2008.
Hon. Renee R. Roth
Surrogate, New York County
[L.S.] Jane Passenant
Chief Clerk
Peter S. Schram, P.C., Counsel to the Public Administrator, New York County, 350 Broadway, Suite 515, New York, New York 10013, (212) 896-3310.
Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed that you do not object to the relief requested. You have the right to have an attorney-at-law appear for you.
1008755 my2-F my23

Amendment may be obtained, by appointment, at a cost of $.25 per page. All payments shall be made at the time of pickup by check or money order made out to the New York City Department of Finance. The proposed Amendment may also be obtained in PDF form at no cost, by email request. Interested parties should contact Roxanne Chambers by phone at 212-788-6610 or by email at RChambers@doitt.nyc.gov.

NOTE: Individuals requesting sign language interpreters at the public hearing should contact the Mayor's Office of Contract Services, Public Hearing Unit, 253 Broadway, 9th Floor, New York, New York 10007, (212) 788-7490, no later than SEVEN (7) BUSINESS DAYS PRIOR TO THE PUBLIC HEARING. TDD users should call Verizon relay service.

The Hearing may be cablecast on NYC TV-Channel 74.
1016383 my15-M-Tu my16

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — In the Matter of the Complaint Of SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability — Civil Action No. ___ — NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY.

NOTICE is given that Salt Route, Ltd. as Owner of the M/V JOANNE I, has filed a Complaint claiming a right of exoneration from or limitation of liability for all claims arising out of the voyage of the M/V JOANNE I during which a machinery breakdown occurred in the Panama Canal on October 13, 2007.

All persons having such claims must file them under oath, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and serve or mail to the attorneys for plaintiff, HILL RIVKINS & HAYDEN LLP, 45 Broadway, New York, NY 10006, a copy on or before 6/10/08 or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of plaintiff must file an answer to said complaint as required by Supplemental Rule F of the Federal Rules of Civil Procedure and serve on or mail a copy to the attorneys for plaintiff.

Dated: New York, NY, 4/22/2008
Clerk:
Michael McMohan
TO: HILL RIVKINS & HAYDEN LLP, 45 Broadway, Suite 1500, New York, NY 10006
1007174 my2-F my23

Telephone Number:
(718) 263-0677
Address of Attorney:
125-10 Queens Boulevard, Kew Gardens, New York 11415
[Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]
1012820 my9-F my30

CITATION — File No. 2008-1342 — SURROGATE'S COURT — NEW YORK COUNTY — THE PEOPLE OF THE STATE OF NEW YORK By the Grace of God Free and Independent — TO: "the heirs at law, next of kin and distributees of ROSE M. SLEVIN, deceased, if living and if any of them be dead to their heirs at law, next of kin, distributees, legatees, executors, administrators, assignees and successors in interest whose names are unknown and cannot be ascertained after due diligence; Public Administrator of New York County, and Attorney General of New York State" — A petition having been duly filed by Theresa Slevin, who is domiciled at 250-32 41st Road, Little Neck, New York 11363.

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, New York County, at Rm 509, 31 Chambers Street, New York, New York on June 27, 2008 at 9:30 o'clock in the forenoon of that day, why a decree should not be made in the estate of ROSE M. SLEVIN aka ROSE SLEVIN, lately domiciled at 1339 York Avenue, New York, New York 10009, United States, admitting to probate a Will dated March 18, 2003, a copy of which is attached as the Will of ROSE M. SLEVIN, deceased, relating to real and personal property, and directing that Letters Testamentary issue to Theresa Slevin.

Dated Attested and Sealed:
May 13, 2008
HON. Renee R. Roth
Surrogate
[L.S.] Jane Passenant
Chief Clerk
Name of Attorney:
Alexander J. Malewski
Firm:
Malewski, Malewski & Boccio LLP
Telephone:
(718) 389-7668
Address:
657 Manhattan Avenue
Brooklyn, NY 11222
NOTE: This Citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.
1018783 my16-F ju6

YOUR OP- LOSURE. GOVERN- S, LEGAL D OTHER RGANIZA- OU MAY NFORMA- ORECLO- OU ARE YOUR G THIS CATE AN OU, YOU E TOLL- E MAIN- HE NEW BANKING T 1-877- 1-877-226- THE DE- B SITE AT TATE. TE DOES THE AD- GENCIES. IN DAN- G YOUR ot respond and com- copy of the torney for pany who sure pro- and filing e court, a nay be en- lose your ttorney or here your further in- to answer d protect ding a pay- gage com- this fore- OU MUST RVING A SWER ON FOR THE RTGAGE FILING ITH THE 08 C., Attor- tiff(s), 220 ay, Suite 8 9-F my30

or in the alternative, that the balance of the funds be deposited with the Commissioner of Finance of the City of New York for the benefit of the decedent's unknown distributees; (iv) that the claims of VarTec Telecom, AT&T Consumer Lease Services, and American Express be rejected for failure to file a claim in accordance with the provisions of SCPA Section 1803(1); (v) that the Surrogate approve the reasonable amount of compensation as reported in Schedules C and C-1 of the account of proceedings to the attorney for the petition for legal services rendered to the petitioner herein; (vi) that the persons above mentioned and all necessary and proper persons be cited to show cause why such relief should not be granted; (vii) that an order be granted pursuant to SCPA Section 307 where required or directed; and (viii) for such other and further relief as the Court may deem just and proper.

Dated, Attested and Sealed, April 30th, 2008.

Hon. Renee R. Roth
Surrogate
[L.S.] Jane Passenant
Chief Clerk

Law Offices of Peter S. Schram, P.C.,
Counsel to the Public Administrator
New York County, 350 Broadway, Suite 515,
New York, New York 10013
(212) 896-3310.

Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed that you do not object to the relief requested. You have the right to have an attorney-at-law appear for you and you or your attorney may request a copy of the full account from the petitioner or petitioner's attorney.

1011877 my9-F my30

jury action plus the sum of $11,184.25 for disbursements; (d) have a hearing to determine the identity of the distributees at which time proof pursuant to SCPA Section 2225 may be presented, or in the alternative, that the balance of the funds be deposited with the Commissioner of Finance of the City of New York for the benefit of the decedent's unknown distributees; (e) be authorized to reimburse Angus Cooper to the sum of $955.00 for funeral expenses paid by him; (f) be permitted to judicially settle her account; (g) have the fee of counsel to petitioner for services rendered in the estate proceedings be fixed in the amount of $5,830.26; (h) have a guardian ad litem be appointed to represent the interests of the decedent's unknown distributees; (i) have the persons and entities above mentioned and all necessary and proper persons be cited to show cause why such relief should not be granted; (j) be granted an order pursuant to SCPA Section 307 where required or directed; (k) be granted such other and further relief as the Court may deem just and proper.

Dated, Attested and Sealed, April 25, 2008.

Hon. Renee R. Roth
Surrogate, New York County
[L.S.] Jane Passenant
Chief Clerk

Peter S. Schram, P.C.,
Counsel to the Public Administrator, New York County,
350 Broadway, Suite 515, New York, New York 10013, (212) 896-3310.

Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed that you do not object to the relief requested. You have the right to have an attorney-at-law appear for you.

1008755 my2-F my23

the Surrogate's Court of New York County, 31 Chambers Street, in the County of New York, on JUNE 20, 2008, at 9:30 a.m., why the account of proceedings of the Public Administrator of the County of New York, a summary of which has been served herewith, as administrator of the goods, chattels and credits of said deceased, should not be judicially settled, why the claim of NYC Department of Social Services should not be allowed, why a hearing should not be held to establish the identity of the decedent's distributees or that the funds may be deposited with the Commissioner of Finance and why the Surrogate should not approve the reasonable amount of compensation as reported in Schedules C and C1 of the account of proceedings to the attorney for the petitioner for legal services rendered to petitioner herein.

Dated, Attested and Sealed, April 24, 2008.

HON. RENEE R. ROTH
Surrogate, New York County
[L.S.] JANE PASSENANT
Chief Clerk

Attorney:
Bekerman & Reddy, P.C.
Tel. No.:
(212) 925-9100
Address:
85 Worth Street
New York, N.Y. 10013
1012604 my9-F my30

## MISCELLANEOUS

NOTICE IS HEREBY given a License Number (PENDING) for on-premises Liquor has been applied for by the undersigned to sell liquor at retail in a Restaurant under the Alcoholic Beverage Control Law at 46 W. 22nd Street, New York, NY 10010 for on premises consumption.
LUNGOMARE HOLDING LLC
1018795 my16-F my23

Attorney(s) for Plaintiff, ... Chestnut Ridge Road - Suite 200, Chestnut Ridge, N.Y. 10977.

"If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's attorney."

1010842 my2-F my23

### NOTICE OF SALE

SUPREME COURT — COUNTY OF BRONX — BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-6, Plaintiff, AGAINST GODFREY WALLACE, ET AL., Defendant(s) — Pursuant to a judgment of foreclosure and sale duly dated 4/9/2008, I, the undersigned Referee will sell at public auction at the Bronx County Courthouse, Room 600, 851 Grand Concourse, Bronx, NY, New York, on 6/2/2008 at 2:00 PM, premises known as 3530 CORSA AVENUE, Bronx, NY 10469. All that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the New York City, Borough of Bronx, County of Bronx and State of New York, Section: 16, Block 4722, Lot 55.

Approximate amount of judgment $443,918.99 plus interest and costs.

Premises will be sold subject to provisions of filed Judgment

Index #06-24678

David P. Lesch, Esq., Referee

ESCHEN, FRENKEL & WEISMAN, LLP, Attorney for Plaintiff, 20 West Main Street, Bay Shore, NY 11706

Dated: 5/5/2008

1012384 my9-F-M my27

... 8/31/98.

Approx. amt. of judgment is $155,171.58 plus costs and interest.

Sold subject to terms and conditions of filed judgment and terms of sale.

GARY DiLEONARDO, Referee

CERTILMAN BALIN ADLER & HYMAN, LLP, Attys. for Pltf., 90 Merrick Ave., East Meadow, NY 72325.

1021950 my22-Th-F ju6

### NOTICE OF SALE

SUPREME COURT — COUNTY OF QUEENS — HSBC BANK USA AS TRUSTEE FOR MANA 2007-A3 C/O AMERICA'S SERVICING COMPANY, Plaintiff, AGAINST JUAN ANGULO, ET AL., Defendant(s) — Pursuant to a judgment of foreclosure and sale duly dated 2/19/2008, I, the undersigned Referee will sell at public auction at the Queens County Supreme Court, 88-11 Sutphin Boulevard, in Court Room #25, Jamaica, New York, on 6/20/2008 at 11:00 AM, premises known as 89-12 ROCKAWAY BOULEVARD, Ozone Park, NY 11416. All that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the New York City Borough of QUEENS, County of Queens and State of New York, Section, Block and Lot: Block: 9094 Lot: 2.

Approximate amount of judgment $538,525.13 plus interest and costs.

Premises will be sold subject to provisions of filed Judgment

Index #21171/07

Godfrey H. Murrain, Esq., Referee

Steven J. Baum PC, Attorneys for Plaintiff, P.O. Box 1291, Buffalo, NY 14240-1291

Dated: 5/19/2008

1021437 my23-F ju13

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — In the Matter of the Complaint Of SALT ROUTE, LTD., as Owner of the M/V JOANNE I, For Exoneration from Limitation of Liability — Civil Action No. ___ — NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY.

NOTICE is given that Salt Route, Ltd. as Owner of the M/V JOANNE I, has filed a Complaint claiming a right to exoneration from or limitation of liability for all claims arising out of the voyage of the M/V JOANNE I during which a machinery breakdown occurred in the Panama Canal on October 13, 2007.

All persons having such claims must file them under oath, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and serve or mail to the attorneys for plaintiff, HILL RIVKINS & HAYDEN LLP, 45 Broadway, New York, NY 10006, a copy on or before 6/10/08 or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of plaintiff must file an answer to said complaint as required by Supplemental Rule F of the Federal Rules of Civil Procedure and serve on or mail a copy to the attorneys for plaintiff.

Dated: New York, NY, 4/22/2008

Clerk
Michael McMohan

TO: HILL RIVKINS & HAYDEN LLP, 45 Broadway, Suite 1500, New York, NY 10006

1007174 my2-F my23