UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In the Matter of the Complaint

Of

Salt Route, Ltd., as Owner of the M/V
JOANNE I, For Exoneration from or
Limitation of Liability

------------------------------------------------------------x

Civil Action No.:

08 Civ. 3714 LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

ORDER PLACING CASE
ON SUSPENSE ~~CALENDAR~~ Docket

The Court having issued an order on April 21, 2008 citing all persons having claims against Salt Route Ltd. (the "Plaintiff"), to file said claims before June 10, 2008, and enjoining the prosecution of any action against Plaintiff or its property other than the limitation proceeding, (hereinafter the "Limitation Order"), and

The Court having scheduled a Pre-Trial Conference for May 30, 2008, and

Counsel for Plaintiff and Counsel for certain cargo interests (hereinafter collectively "the Parties") having appeared before the Court at said conference, and

It appearing that the Parties may have stipulated to resolve the merits of the claims by arbitration proceedings presently pending in Florida, and

It further appearing that determination by this Court of Owner's right to limit its liability will only be necessary in the event Owner is found liable in the arbitration, it is

ORDERED that the captioned action be placed on the suspense docket of this Court pending *further Order of the Court,* ~~the outcome of the arbitration proceedings~~, and it is

1

FURTHER ORDERED that the Limitation Order, including the Ad Interim Stipulation for Value, or any subsequent Superseding Stipulation for Value approved by the Court remain in full force and effect, bur without prejudice to the rights of the Parties with respect to arbitration, and it is

FURTHER ORDERED in the event either Party requires interim relief or other involvement of this court, the case will be restored to the Court's active calendar upon written notice of either party.

Dated: New York, NY
July 1, 2008

_____
United States District Judge

We consent to the entry of the foregoing order without further notice

HILL RIVKINS & HAYDEN
*Attorneys for Plaintiff*

By: _____
    Caspar F. Ewig (CE4027)

MALOOF BROWN & EAGAN
*Attorneys for Abonos Colombianos, S.A.*
and *Industria Nacional de Gaseosas S.A.*

By: _____
    Thomas Eagan (         )

45 Broadway
New York, NY 10006

Suspense Calendar Order