DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
In the Matter of the Complaint          :
                                         :    **08 Civ.3714 (LAK)**
        of                               :
                                         :
Salt Route, Ltd., as Owner of the M/V    :    **DECLARATION OF**
JOANNE I, For Exoneration from or        :    **THOMAS M. EAGAN**
Limitation of Liability                  :
                                         :
---------------------------------------x

    1. I am a partner of Maloof Browne and Eagan, LLC, attorneys of record for Claimants Abonos Columbianos S.A. and Industria Nacional de Gaseosas S.A. ("the Claimants).

    2. Claimants desire that Maloof Browne & Eagan LLC withdraw as counsel of record and substitute Mr. Manuel Llorca of the firm of LLORCA & HAHN, LLP as their attorney. A copy of the Stipulation of Substitution is attached as Exhibit A. The file has been sent to Mr. Llorca.

    3. This Limitation Action is in its initial stages. The only deadline set was for filing of claims (June 10, 2008), and Claimants timely filed their claims and answers.

    4. No delay or prejudice will result from the substitution.

    Wherefore, Claimants respectfully request that an Order be entered directing the substitution of LLORCA & HAHN, LLP as attorney of record in place of Maloof Browne and Eagan LLC.

I declare the foregoing is true under the penalty of perjury.

Dated: Rye, New York
July 9, 2008

                                                          _____
                                                            THOMAS M. EAGAN

F://WP-Docs/0805.02/062508 Declaration of TME.doc

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
In the Matter of the Complaint                   :
                                                 :     08 Civ.3714 (LAK)
        Of                                       :
                                                 :
                                                 :     **STIPULATION**
Salt Route, Ltd., as Owner of the M/V            :
JOANNE I, For Exoneration from or                :
Limitation of Liability                          :
                                                 :
--------------------------------------------------x

It is stipulated by and between Claimants Abonos Columbianos S.A. and Industria Nacional de Gaseosas S.A., and Maloof Browne & Eagan LLC, attorney of record for the Claimants, and Llorca & Hahn LLP, incoming attorneys for Claimants, that Llorca & Hahn LLP be substituted as the attorney of record for Claimants Abonos Colombianos S.A. and Industria Nacional de Gaseosas S.A., in the above-entitled action in place of Maloof Browne & Eagan LLC.

Dated: New York, New York, July 8, 2008

| LLORCA & HAHN LLP | MALOOF BROWNE & EAGAN LLC |
|---|---|
| By: _____ | By _____ |
| Manuel R. Llorca ( ML 4034 ) | David T. Maloof (DM 3350) |
| 8 Watering Lane | Thomas M. Eagan (TE 1713) |
| Norwalk, CT 06850 | 411 Theodore Fremd Avenue – Suite 190 |
| Office Phone. 203-642-7321 | Rye, New York 10580 |
| Office Fax. 203-642-7322 | Tel: (914) 921-1200 |
| Email: m.llorca@llorcahahn.com | Fax: (914) 921-1023 |
| *On behalf of Claimants Abonos* | Email: dmaloof@maloofandbrowne.com |
| *Columbianos S.A. and Industria Nacional* | teagan@maloofandbrowne.com |
| *de Gaseosas S.A.,* | *Outgoing Attorneys* |



EXHIBIT A

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Complaint                      :

                                                                                         **08 Civ.3714 (LAK)**

        of                                     :

                                                                                        **AFFIDAVIT OF SERVICE**

Salt Route, Ltd., as Owner of the M/V
JOANNE I, For Exoneration from or            :
Limitation of Liability

                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Thomas M. Eagan, being duly sworn, depose and say:

1. I am not a party to this action, and am over 18 years of age, and live in Maplewood, NJ.

2. On 9th day of July, 2008, I served the attached Notice of Motion and Declaration by email and mail upon the following:

        Manuel R. Llorca
        Llorca & Hahn, LLP
        8 Watering Lane
        Norwalk, CT 06850
        Tel: (203) 642-7321
        Fax: (203) 642-7322
        m.llorca@llorcahahn.com

and by CM/ECF upon:

        Caspar F. Ewig
        Hill Rivkins & Hayden
        45 Broadway
        New York, NY  10006-3739
        Tel: (212) 669-0616
        Fax: (212) 669-0698

Dated: Rye, New York
      July 9, 2008

_____
Thomas M. Eagan

Sworn to before me this
9th day of July, 2008

_____
Notary Public

BENJAMIN J. MOLLET
Notary Public, State of New York
No. 01MO6172574
Qualified in Westchester County
Commission Expires April 13, 2011

F://WP-Docs/0805.02/062508 Declaration of TME.doc