MEMO ENDORSED

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
In the Matter of the Complaint          :    08 Civ.3714 (LAK)
                                        :
       Of                               :    **NOTICE OF MOTION**
                                        :
Salt Route, Ltd., as Owner of the M/V   :
JOANNE I, For Exoneration from or       :
Limitation of Liability                 :
                                        :
---------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

    PLEASE TAKE NOTICE THAT, pursuant to the Local Rule 1.4, and upon the Declaration of Thomas M. Eagan dated July 9, 2008, and the accompanying Stipulation, Claimants Abonos Columbianos S.A. and Industria Nacional de Gaseosas S.A., will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, in the United States Courthouse, Room 1310, 500 Pearl Street, New York, New York 10013, for an Order Substituting its Attorneys and for such other relief as the Court deems proper and just.

Dated: Rye, New York
       July 9, 2008

MALOOF BROWNE & EAGAN LLC

By_____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue – Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
*Attorneys for Claimant*

Application GRANTED
AUG 2 1 2008

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

F:\WP-Docs\0805 02\062508 Notice of Motion of Substitution.doc